**Order entered November 2, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00586-CR**

**JOSE ANTONIO CERVANTES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F17-76189-I**

## ORDER

Before the Court is appellant's October 30, 2018 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before November 16, 2018.

/s/     LANA MYERS
        JUSTICE